UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

Shawn M. Stayrook

        v.                                          Civil No. 09-cv-11-JL

Cascio et al

### O R D E R

After due consideration of the objection filed, I herewith approve the Report and Recommendation of Magistrate Judge James R. Muirhead dated April 13, 2009.

SO ORDERED.

May 22, 2009

                                                                Joseph N. Laplante
                                                                 United States District Judge

cc:    Shawn M. Stayrook, Pro se